# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>        Petitioner,<br><br>        v.<br><br>CA DEPT. OF CORRECTIONS, et al.,<br><br>        Respondents. | NO. ED CV 12-1059 SJO (FMO)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 6, 2012

                                                            /s/ S. James Otero<br>
                                                  S. JAMES OTERO<br>
                                        UNITED STATES DISTRICT JUDGE